IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01108-REB-MJW

BENTLEY L. THOMAS,
JOHN N. LAWSON,
BARBARA A. LAWSON, and
AILEEN J. SERBENIUK, Trustee of the Frank Peter Serbeniuk Trust,

Plaintiff(s),

v.

JAMES PETER "JIM" BURG a/k/a Jim Burg,
SUZANNE M. CARDIN BURG, a/k/a Suzanne M. Cardin, individually and d/b/a
Blue Moon Ranch, LLC, d/b/a Superior Discount Coins, LLC, d/b/a Agape Endeavors, LLC,
S. CARDIN & ASSOCIATES, LLC,
GOLD RUN INVESTMENTS,
DAVID L. HELLIER, and
JAYNE B. HELLIER, individually and d/b/a Superior Discount Coins,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' First Motion for Leave to Reset Scheduling/Planning Conference or, in the Alternative, Motion to Appear Via Telephone (docket no. 11) [sic] is DENIED in its entirety. This case was filed with this court on May 13, 2010, and Plaintiffs have had sufficient time to serve all defendants. I do not find good cause to continue the Rule 16 Scheduling Conference set on July 19, 2010, at 9:00 a.m. Plaintiffs shall forthwith serve all defendants and file proof of service with this court, and Plaintiffs shall further be prepared to show cause at the Rule 16 Scheduling Conference set on July 19, 2010, at 9:00 a.m. why this case should not be dismissed for failure to serve and failure to prosecute. The proposed Rule 16 Scheduling Order shall be filed with court on or before July 14, 2010, as previously ordered by this court. See docket no. 3.

It is FURTHER ORDERED that Plaintiffs' counsel shall read and comply with the United States District Court for the District of Colorado Local Rules of Practice (effective April 15, 2002 with updates through December 1, 2009).

Date:   July 01, 2010