IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01108-REB–MJW

BENTLEY L. THOMAS,
JOHN N. LAWSON,
BARBARA A. LAWSON, and
AILEEN J. SERBENIUK, Trustee of the Frank Peter Serbeniuk Trust,

    Plaintiffs,

v.

JAMES PETER "JIM" BURG, a/k/a Jim Burg,
SUZANNE M. CARDIN BURG, a/k/a Suzanne M. Carden, individually and d/b/a Blue Moon Ranch, LLC, d/b/a Superior Discount Coins, LLC, d/b/a Agape Endeavors, LLC,
S. CARDIN & ASSOCIATES, LLC,
GOLD RUN INVESTMENTS,
DAVID L. HELLIER, and
JAYNE B. HELLIER, individually and d/b/a Superior Discount Coins,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANTS DAVID L. HELLIER AND JAYNE B. HELLIER, INDIVIDUALLY, AND D/B/A SUPERIOR DISCOUNT COINS

**Blackburn, J.**

The matter before me is the **Notice of Voluntary Dismissal Without Prejudice of Defendants David L. Hellier and Jayne B. Hellier, Individually and d/b/a Superior Discout Coins** [#31] filed July 19, 2010. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiffs' claims against defendants, David L. Hellier and Jayne B. Hellier, individually, and d/b/a Superior Discount Coins, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Without Prejudice of Defendants David L. Hellier and Jayne B. Hellier, Individually and d/b/a Superior Discout**

**Coins** [#31] filed July 19, 2010, is **Approved**;

2. That plaintiffs' claims against defendants, David L. Hellier and Jayne B. Hellier, individually, and d/b/a Superior Discount Coins, are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendants, David L. Hellier and Jayne B. Hellier, individually, and d/b/a Superior Discount Coins, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated July 20, 2010, at Denver, Colorado.

                                           **BY THE COURT:**

                                           */s/ Robert E. Blackburn*
                                           Robert E. Blackburn
                                           United States District Judge